U.S. District Court
Wisconsin Eastern
OCT 01 2026
FILED
Clerk of Court

# COMPLAINT

**(for non-prisoner filers without lawyers)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

(Full name of plaintiff(s))

Jeffrey House

v.

Case Number:
26-C-1812

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Persino 11525
Balchitis 10308
Johnson 8809
[illegible], [illegible]

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at

2212 carlisle Ave
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Persino, (Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at ______
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Racine Police Department
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

RPD officer's Persino and Balchitis and Johnson acting under color law seized possession of vehicle of the Plaintiff without consent or warrant! In violation of establish and Protected rights entitled to Plaintiff under the fourth and fourteenth Amendment. Defendants towed vehicle and forced to walk, whether then permit someone to retrieve vehicle, vehicle was not abandoned, illegally



Case 2:26-cv-01812-SCD Filed 10/01/26 Page 2 of 6 Document 1

parked in tow AWAY area, the plaintiff was not incapacitated or under arrest. The plaintiff vehicle and belongings within were seized without warrant.

Defendant acting under color law tow of plaintiff vehicle were not in allignment Racine municode motor vehicle and Recovery towing.

coalition on homelessness v city and county of san francisco cal. ct. App 2023

(1) plaintiff vehicle was not illegally obstructing traffic. vehicle was not abandoned. or mechanically defective as to be menace to others using the public highway! Defendants action violated fourth and fourteenth Amendment Rights entitled to the plaintiff. Who held liberty and property interest of possessions within vehicle belonging to himself and his children. [illegible]

[illegible].

Defendant Did NOT allow plaintiff to Exit vehicle to the arrival of tow truck. Defendant did NOT MAKE KNOWN to plaintiff vehicle would be towed. plaintiff was subject to erroneous deprivation of Liberty private INterest, AND property without WARRANT.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ ______________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

plaintiff seeks compensatory and punitive Damages - the return of possessions within vehicle. AND the Return of vehicle.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 28th day of September 2026.

Respectfully Submitted,

Jeffrey House

Signature of Plaintiff

262531-0153

Plaintiff's Telephone Number

houseJ9619@icloud.com

Plaintiff's Email Address

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.